# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIAN W. ANDREU, JR.,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-1419** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **HUNTINGDON COUNTY JAIL,** *et al.,* : | |
| **Defendants** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 10, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1419-01-ORDER.wpd